No. 82–5823. LEE *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 82–5826. FOSTER *v.* WAINWRIGHT. C. A. 11th Cir. Certiorari denied.

No. 82–5833. BELL *v.* ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 82–5835. WIENER *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 82–5836. BALLENTINE *v.* HARRIS, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 82–5837. ADAMS *v.* BALLENTINE. C. A. 11th Cir. Certiorari denied.

No. 82–5842. WALKER *v.* ORKIN EXTERMINATING CO., INC. C. A. 10th Cir. Certiorari denied.

No. 82–5846. CARDWELL *v.* MAGGIO, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 82–5854. MORGAN *v.* CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 82–5855. WALKER *v.* KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 82–5858. TARR *v.* MAGGIO, WARDEN, LOUISIANA STATE PENITENTIARY. C. A. 5th Cir. Certiorari denied.

No. 82–5863. GADSON *v.* RIZZO, PHILADELPHIA FIRE COMMISSIONER, ET AL. C. A. 3d Cir. Certiorari denied.

No. 82–5867. PIATKOWSKA *v.* EMPLOYERS INSURANCE OF WAUSAU. C. A. 9th Cir. Certiorari denied.